FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 3:44 pm, Jun 08, 2020

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| DAVID JOHNSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY, a foreign corporation,<br><br>　　Defendant. | CV 519-123 |

### ORDER

Plaintiff David Johnson initiated this action on December 20, 2019. Dkt. No. 1. It appears that Defendant Monsanto Company was served on December 27, 2019, making its answer due January 17, 2020. See Dkt. No. 4. To date, Defendant Monsanto Company has not filed an answer.

Plaintiff is **ORDERED**, within ten (10) days of the date of this Order, to file a report informing the Court of the status of this case.

**SO ORDERED**, this 8th day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA